```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :  1:19-cr-00627-VM-2
     -against-                      :  ORDER
                                    :
Keith Green                         :
                                    :
          Defendant                 :
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2020

Victor Marrero, United States District Judge:

    ORDERED that the defendant's bail be modified to remove Standalone GPS monitoring. All other release conditions shall remain in effect.

    Dated: New York, New York
          April 6, 2020

SO ORDERED

*Victor Marrero*
U.S.D.J.